968

No. 78–5307.  EDWARDS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–5331.  CARTER v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 78–5336.  HARPER v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 78–5365.  WILLIAMS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 78–5394.  MYERS v. RHAY, PENITENTIARY SUPERINTENDENT.  C. A. 9th Cir.  Certiorari denied.

No. 78–5439.  RAWLEY v. RAWLEY ET AL.  Sup. Ct. La. Certiorari denied.

No. 78–5459.  LaRUFFA v. FOGG, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 78–5461.  MAHLER v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 78–5462.  HEBERT v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 78–5463.  WHITE v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 78–5467.  JAKOB v. FIRST ALABAMA BANK OF MONTGOMERY.  Sup. Ct. Ala.  Certiorari denied.

No. 78–5468.  TURPEN v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 78–5470.  McKIBBEN v. HOPPER, WARDEN.  C. A. 5th Cir.  Certiorari denied.